[Civ. No. 3774. Fourth Dist. Feb. 2, 1949.]

KENNETH BING GEE, Respondent, v. CHAN LAI YUNG GEE, Appellant.

[Civ. No. 3791. Fourth Dist. Feb. 2, 1949.]